IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA FLORA URBANO, an individual )<br>                     Plaintiff, )<br>                         )<br>      v.                )<br>                         )<br>BANK OF AMERICA, N.A., successor in )<br>interest to COUNTRYWIDE BANK, a )<br>N.A.; RECONTRUST COMPANY, N.A., )<br>a wholly-owned subsidiary of BANK OF )<br>AMERICA, N.A.; and all persons or )<br>entities unknown claiming any legal or )<br>equitable right, title, estate, lien or )<br>interest in the property described in this )<br>complaint adverse to Plaintiff's title )<br>thereto, and DOES 1 through 25, )<br>inclusive, )<br>                  Defendants. )<br>_____) | 1:12-CV-00464 AWI SMS<br><br>ORDER VACATING MAY 21, 2012, HEARING DATE AND TAKING MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER SUBMISSION<br><br>(Doc. No. 11) |

    Currently set for hearing on May 21, 2012, is the Motion to Dismiss Plaintiff's First Amended Complaint filed by Defendants Bank of America, N.A.*,* as successor by merger to Countrywide Bank FSB, erroneously sued as Bank of America, N.A. successor in interest to Countrywide Bank, N.A.; and Recontrust Company, N.A.. See Court's Docket, Doc. No. 11. Plaintiff filed an opposition to the motion. See Court's Docket, Doc. No. 12. Defendants have not filed a reply. The court has reviewed the moving papers and has determined that the matter is suitable for decision without oral argument. See Local Rule 78-230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 21, 2012, is VACATED, and the parties shall not appear at that time. As of May 21, 2012, the court will take the matter under submission and will thereafter issue its decision.

    IT IS SO ORDERED.

Dated:    May 15, 2012                              _____
                                                             CHIEF UNITED STATES DISTRICT JUDGE