IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA FLORA URBANO,** an individual<br>　　　　　　Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A.,** successor in interest to COUNTRYWIDE BANK, a N.A.; **RECONTRUST COMPANY, N.A.,** a wholly-owned subsidiary of BANK OF AMERICA, N.A.; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br>　　　　　　Defendants. | 1:12-CV-00464 AWI SMS<br><br>ORDER VACATING SEPTEMBER 24, 2012 HEARING DATE AND TAKING MOTION TO DISMISS AND MOTION TO STRIKE UNDER SUBMISSION<br><br>(Doc. Nos. 20, 21) |

　　　Currently set for hearing on September 24, 2012, are the Motion to Strike Portions of Plaintiff's Second Amended Complaint and the Motion to Dismiss Plaintiff's Second Amended Complaint filed by Defendants Bank of America, N.A.*,* as successor by merger to Countrywide Bank FSB, erroneously sued as Bank of America, N.A. successor in interest to Countrywide Bank, N.A.; and Recontrust Company, N.A.. *See* Court's Docket, Doc. Nos. 20, 21. Plaintiff filed oppositions to both motions. *Id.*, Doc. Nos. 24, 25. Defendants filed replies. *Id.*, Doc. Nos. 27, 28. The court has reviewed the moving papers and has determined that the matter is suitable for decision without oral argument. *See* Local Rule 78-230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 24, 2012, is VACATED, and the parties shall not appear at that time. As of September 24, 2012, the court will take the matters under submission and will thereafter issue its decisions.

　　　IT IS SO ORDERED.

　　　Dated:　　September 17, 2012　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE